IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DERELL COLEMAN, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Cause No. 4:13-cv-00942 TCM |
| BROADBAND INFRASTRUCTURE CONNECTION, LLC and COMMUNICATIONS UNLIMITED INCORPORATED, | ) ) ) ) ) |
|     Defendants. | ) ) |

## ENTRY OF APPEARANCE

Francis X. Neuner, Jr. and the law firm of Spencer Fane Britt & Browne LLP hereby enter their appearance on behalf of Defendants Broadband Infrastructure Connection, LLC and Communications Unlimited Incorporated in the above-captioned matter.

                                                              SPENCER FANE BRITT & BROWNE LLP

                                                              By: /s/ Francis X. Neuner, Jr.
                                                                  Francis X. Neuner, Jr. #48071MO
                                                                  1 North Brentwood Blvd., Suite 1000
                                                                  St. Louis, MO 63105
                                                                  (314) 863-7733 (Telephone)
                                                                  (314) 862-4656 (Facsimile)
                                                                  fneuner@spencerfane.com

                                                                Attorneys for Defendants

SL 1128651.1

## Certificate of Service

The undersigned certifies that on the 7th day of June, 2013, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Gary A. Growe
Jason A. Charpentier
7733 Forsyth, Suite 325
Clayton, MO 63105
Attorneys for Plaintiff

/s/ Francis X. Neuner, Jr.