IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DERELL COLEMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BROADBAND INFRASTRUCTURE )<br>CONNECTION, LLC and COMMUNICATIONS )<br>UNLIMITED INCORPORATED, )<br>)<br>Defendants. ) | Cause No. 4:13-cv-00942 TCM |

## ENTRY OF APPEARANCE

Megan D. Meadows and the law firm of Spencer Fane Britt & Browne LLP hereby enter their appearance on behalf of Defendants Broadband Infrastructure Connection, LLC and Communications Unlimited Incorporated in the above-captioned matter.

                      SPENCER FANE BRITT & BROWNE LLP

                      By:  /s/ Megan D. Meadows
                      Megan D. Meadows  #60669MO
                      1 North Brentwood Blvd., Suite 1000
                      St. Louis, MO 63105
                      (314) 863-7733 (Telephone)
                      (314) 862-4656 (Facsimile)
                      mmeadows@spencerfane.com

                      Attorneys for Defendants

## Certificate of Service

The undersigned certifies that on the 7th day of June, 2013, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Gary A. Growe
Jason A. Charpentier
7733 Forsyth, Suite 325
Clayton, MO 63105
Attorneys for Plaintiff

/s/ Francis X. Neuner, Jr.